UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                    Case No. 07-20112

v.

                                    Hon. John Corbett O'Meara

LONDON JONES,

    Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION
## FOR RELEASE ON UNSECURED BOND

Before the court is Defendant London Jones's third motion for release on bond, filed October 23, 2007. The government submitted a response in opposition on October 24, 2007.

On October 16, 2007, Defendant pleaded guilty to Count One (felon in possession of a firearm) and Count Two (possession of a controlled substance with intent to distribute) of the indictment. The court took the Rule 11 plea agreement, which calls for a sentence of 75 months in prison, under advisement.

Defendant requests that he be released on unsecured bond so that he may spend time with his family prior to his sentencing. The court finds that there has been no change in circumstances that would justify a reconsideration of the court's prior decisions denying Defendant's motions for bond. Further, 18 U.S.C. § 3143 requires the detention of Defendant pending sentencing. See 18 U.S.C. § 3143(a)(2) (requiring detention unless the court finds that there is a substantial likelihood that a motion for acquittal or new trial will be granted or the government recommends that no sentence of imprisonment be imposed).

Accordingly, **IT IS HEREBY ORDERED** that Defendant's October 23, 2007 motion

for release on unsecured bond is **DENIED.**


                                                              s/John Corbett O'Meara
                                                              United States District Judge


Date: November 8, 2007



I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, November 8, 2007, by electronic and/or ordinary mail.


                                                              s/William Barkholz
                                                             Case Manager